THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v*. MARTIN DE TEMPLE, Appellant.

Submitted February 20, 1950; decided February 23, 1950.

*Miles F. McDonald, District Attorney (William I. Siegel* of counsel), for motion.

*Martin De Temple,* in person, opposed.

Motion granted and appeal dismissed.